Bashir Mallory Bail Hearing.pdf     file:///C:/Users/bordesd/Downloads/Bashir%20Mallory%20Bail%2...

Case 7:22-cr-00640-KMK Document 68 Filed 06/27/23 Page 1 of 1

Case 7:22-cr-00640-KMK Document 67 Filed 06/26/23 Page 1 of 1

# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue / White Plains, NY 10601

June 26, 2023

MEMO ENDORSED

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE: *United States v. Bashir Mallory, 22-cr-640* (KMK)

Dear Judge Karas:

      I represent Bashir Mallory, one of the 13 defendants in *United States v. Sampson*. I am making an application for an in-person bail hearing to reconsider the decision made by Magistrate Judith C. McCarthy on December 5, 2022, that Mr. Mallory needed to be detained.

      I have conferred with your Deputy and the Government and it appears that everyone is available for a hearing on Thursday, July 6, 2023 at 4PM. Mr. Mallory is presently detained at the Metropolitan Detention Center in Brooklyn. I further request that the Government make Mr. Mallory available for this hearing.

So Ordered.
/s/ KMK
6/26/23

                                                Respectfully submitted,

                                                Jill R. Shellow

cc:     All counsel (by ECF)
        AUSA Jennifer Ong (by email)
        Bashir Mallory (by legal mail)

Admitted: NY, CT, DC